## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Marlo D. Cleckley Jr.                           CHAPTER 13
                    Debtor(s)

                                              BKY. NO. 25-22570 JCM


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Onslow Bay Financial LLC and index same on the master mailing list.


      Respectfully submitted,


/s/ *Matthew Fissel*
Matthew Fissel
30 Sep 2025, 12:24:06, EDT

Denise Carlon, Esq. (317226)        ☐
Matthew Fissel, Esq. (314567)       ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com