IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>MARLO D. CLECKLEY, JR., )<br>**Debtor** )<br> )<br>EXETER FINANCE LLC f/k/a )<br>EXETER FINANCE CORP, )<br>**Movant** )<br> )<br>v. )<br> )<br>MARLO D. CLECKLEY, JR. )<br>SAMANTHA CLECKLEY, )<br>**Respondent(s)** )<br> )<br>RONDA J. WINNECOUR, )<br>**Trustee** | Bankruptcy No. 25-22570-JCM<br><br>Chapter 13<br><br>Related To Document No. 17<br><br>**Response Deadline: 10/27/25**<br><br>**Hearing Date:  11/12/25 at 2:00 PM** |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Eisenberg Gold & Agrawal, P.C., 1040 Kings Highway North #200, Cherry Hill, NJ 08034, certify that I am more than 18 years of age and that on October 10, 2025, I served by electronic means and/or United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay And Co-Debtor Stay filed in this proceeding on:

Marlo Cleckley, Jr.           Samantha Cleckley           Brian J. Bleasdale, Esq.
139 McCracken Dr.          211 N 16th Ave.              Emerson Professional Building
Monaca, PA 15061           New Brighton, PA 15066       101 Emerson Ave
(Debtor)                   (Co-Debtor)                   Aspinwall, PA 15215
                                                        (Attorney For Debtor)

       Ronda J. Winnecour                         Office of the United States Trustee
       Suite 3250, USX Tower                      1000 Liberty Avenue
       600 Grant Street                           Suite 1316
       Pittsburgh, PA 15219                       Pittsburgh, PA 15222
       (Trustee)                                  (U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
wcraig@egalawfirm.com