Form 122

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Marlo D. Cleckley Jr.**  :  Case No. 25−22570−JCM
   *Debtor(s)*  :  Chapter: 13
  :
Onslow Bay Financial LLC  :
   *Movant,*  :
  :  Related to Claim No. 11
  :
   v.  :
Marlo D. Cleckley Jr.  :
   *Respondent.*  :
  :
  :
  :
  :
  :
  :
  :
  :

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

The incorrect filing event was used. This document must be refiled using Bankruptcy/Claim Actions/Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges, and comply with all instructions contained in *W.PA.LBR 3002−4, W.PA.LBR 3002−5* and *Local Bankruptcy Form 27.*

Dated: February 4, 2026

Lylenn Fox
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 25-22570-JCM
Marlo D. Cleckley, Jr. Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Feb 04, 2026     Form ID: 122     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Brian J. Bleasdale, Emerson Professional Building, 101 Emerson Avenue, Aspinwall, PA 15215-3252 |
| | + | Denise Carlon, Esq, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Brian J. Bleasdale
    on behalf of Debtor Marlo D. Cleckley Jr. bleasdb@yahoo.com

Denise Carlon
    on behalf of Creditor ONSLOW BAY FINANCIAL LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew Fissel
    on behalf of Creditor ONSLOW BAY FINANCIAL LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Feb 04, 2026     Form ID: 122     Total Noticed: 2

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7